# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF GRANT R. ROSTAD, BAR NO. 5473.

No. 77463

FILED

APR 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER RECALLING REMITTITUR, GRANTING MOTION TO WITHDRAW JANUARY 25, 2019, ORDER, AND DISMISSING DISCIPLINARY MATTER

On January 25, 2019, this court entered an order suspending attorney Grant R. Rostad from the practice of law for misconduct established by default primarily related to overdrafts on his trust account occurring after October 31, 2017. Remittitur issued on March 1, 2019. On March 15, 2019, the State Bar of Nevada filed a motion to withdraw the January 25 Order, as the State Bar had received information that Rostad died on July 1, 2017, before the overdrafts that led to the disciplinary recommendation occurred.

Under these circumstances, we direct the clerk of this court to recall the remittitur. For good cause shown, we grant the motion and withdraw our January 25, 2019, Order of Suspension. Further, as Rostad

19-17374

died before the overdrafts addressed in the disciplinary matter occurred and no further action is appropriate on the record before this court, we dismiss this matter.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc: Chair, Southern Nevada Disciplinary Panel
G. Randall Rostad
Bar Counsel, State Bar of Nevada
Executive Director, State Bar of Nevada
Admissions Office, U.S. Supreme Court

SUPREME COURT
OF
NEVADA

(O) 1947A